**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Abingdon Division**

| | | |
|---|---|---|
| **TONI DAVIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 1:20-cv-00061-JPJ-PMS** |
| | ) | |
| **YOUNG & ASSOCIATES, INC.,** | ) | |
| **d/b/a Shoney's,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Toni

Davis, by counsel, and Defendant Young & Associates, Inc., d/b/a Shoney's, by counsel, hereby

stipulate that this action be dismissed with prejudice. All parties agree to bear their own costs

and attorneys' fees.

STIPULATED AND AGREED TO BY:

TONI DAVIS

*/s/ Meghan A. Strickler*
Melvin E. Williams (VSB No. 43305)
*mel@melwilliamslaw.com*
Meghan A. Strickler (VSB No. 88556)
*meghan@melwilliamslaw.com*
MEL WILLIAMS PLC
1320 Third Street, SW
Roanoke, Virginia 24016
(540) 266-7800
(540) 206-3857 *facsimile*
*Counsel for Plaintiff Toni Davis*

YOUNG & ASSOCIATES, INC.
d/b/a Shoney's
*/s/* D. Paul Holdsworth
Kevin D. Holden (VSB No. 30840)
*Kevin.Holden@jacksonlewis.com*
David E. Nagle (VSB No. 20571)
*David.Nagle@jacksonlewis.com*
D. Paul Holdsworth (VSB No. 89258)
*Paul.Holdsworth@jacksonlewis.com*
JACKSON LEWIS P.C.
701 E. Byrd St., 17th Floor
Richmond, Virginia 23219
P.O. Box 85068
Richmond, Virginia 23285
(804) 639-0404
(804) 639-0403 *facsimile*

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 2nd day of December 2021, the foregoing Stipulation of

Dismissal with Prejudice was filed with the Clerk of Court using the CM/ECF system, which

will send electronic notification of such filing to counsel of record.

*/s/ Meghan A. Strickler*
Of Counsel

2